

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-18-00194-CV

Helen H. **VO** and Danny T. Nguyen,
Appellants

v.

Hiep T. **VO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06982
Honorable Richard Price, Judge Presiding

# O R D E R

Appellants' brief was due May 29, 2018. Neither the brief nor a motion for extension of time was filed. On June 6, 2018, we ordered appellants to file on or before June 18, 2018 their brief and a written response reasonably explaining their failure to timely file the brief. We warned appellants that if they failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

On June 26, 2018, appellants filed a response, reasonably explaining their failure to timely file their brief. That same day, appellants filed their brief. However, the brief does not comply with Rule 38.1(k) of the Texas Rules of Appellate Procedure because the brief does not contain an appendix. *See* R. 38.1(k). Although this court is not ordering appellant to rebrief at this time, we **ORDER** appellant to file an appendix **on or before July 9, 2018**. Appellee is reminded that his brief is due on or before July 26, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.

KEITH E. HOTTLE,
Clerk of Court